## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| **IN RE:**<br>Leslie A. Butler<br>3740 Williams Landing Apt 208<br>Tampa, FL  33610-9142 | **CHAPTER 13**<br><br>**Case Number:** 11-53381-AEC<br><br>**ATTORNEY:** REBECCA FOSHEE HOWINGTON |

## TRANSMITTAL OF UNCLAIMED FUNDS

Now comes the Chapter 13 trustee and transmits to Kyle George, Clerk of the United States Bankruptcy Court, the sum of $7,528.62 in unclaimed funds on behalf of the below-referenced debtor. The last known address for the debtor is as follows:

Leslie A. Butler
3740 Williams Landing Apt 208
Tampa, FL  33610-9142

**DATED:** June 9, 2016

/s/ Camille Hope

**Camille Hope, Trustee**
P.O. Box 954
Macon, GA 31202
(478) 742-8706