*UNITED STATE BANKRUPTCY COURT*
*MIDDLE DISTRICT OF GEORGIA*
P.O. BOX 1957, MACON, GA 31202
(478) 752-3506

August 19, 2016

TO:  Brian J. Dilks
     35308 SE Center Street
     Snoqualmie, WA 98065-9216

RE: Application for Recovery of Unclaimed Funds
CASE NUMBER: 11-53381
DEBTOR(S): Leslie A. Butler

Before we can process your Application for Recovery of Unclaimed Funds, filed on August 8, 2016, we must request the below-mentioned documentation:

- **The fund amount requested in the application is not the amount being held by this court. Please amend your application to correct this amount.**

- **The documentation provided does not provide proof that the representative mentioned within is authorized to act on behalf of the estate. Please provide certified copies of probate documents establishing the representative's right to act on behalf of the descendant's estate.**

If you have any questions, please feel free to contact me.

Sincerely,

Benita Stripling
Financial Administrator

modified 05/08

```
                        United States Bankruptcy Court
                          Middle District of Georgia
```

In re:                                                              Case No. 11-53381-aec
Leslie A Butler, Jr.                                                Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 113G-5          User: brs              Page 1 of 1              Date Rcvd: Aug 19, 2016
                              Form ID: pdfntc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2016.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           +E-mail/Text: cmecf@dilksknopik.com Aug 19 2016 18:16:38      Brian J. Dilks,
               35308 SE Center Street,   Snoqualmie, WA 98065-9216
                                                                                            TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2016                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2016 at the address(es) listed below:
              Camille   Hope    docomt@chapter13macon.com,    docomt2@chapter13macon.com
              Rebecca Foshee Howington    on behalf of Debtor Leslie A Butler, Jr. rsfoshee@yahoo.com
              U.S. Trustee - MAC    Ustp.region21.mc.ecf@usdoj.gov
                                                                                            TOTAL: 3