**SO ORDERED.**

**SIGNED this 9 day of September, 2020.**



_____
**Austin E. Carter
United States Bankruptcy Judge**

### UNITED STATES BANKRUPTCY COURT
### Middle District of Georgia

| | | |
|---|---|---|
| In re: Leslie A Butler, Jr. | ) | Case No. 11-53381 |
| | ) | |
| *Debtor(s)* | ) | Chapter 13 |

### ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On July 20, 2020, an application was filed for the Claimant(s), Samuel Lanier, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation fail to establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby ORDERED that the court denies the application for the following reason(s): Insufficient Documentation.

**End of Document**