**SO ORDERED.**

**SIGNED this 9 day of September, 2020.**



*Austin E Carter*
_____

**Austin E. Carter
United States Bankruptcy Judge**

### UNITED STATES BANKRUPTCY COURT
### Middle District of Georgia

| | | |
|---|---|---|
| In re: Leslie A Butler, Jr. ) | Case No. | 11-53381 |
| ) | | |
| *Debtor(s)* ) | Chapter | 13 |

### ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On    July 20, 2020    , an application was filed for the Claimant(s),    Samuel Lanier   , for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation fail to establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby ORDERED that the court denies the application for the following reason(s):

Insufficient Documentation.

**End of Document**

United States Bankruptcy Court
Middle District of Georgia

In re:                                                                    Case No. 11-53381-AEC
Leslie A Butler, Jr.                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 113G-5        User: tji                Page 1 of 1              Date Rcvd: Sep 10, 2020
                            Form ID: pdfntc          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2020.
intp           +Samuel Lanier,   11131 Sailbrook Dr.,   Riverview, FL 33579-7075

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
intp            E-mail/Text: cmecf@dilksknopik.com Sep 10 2020 17:49:44     Lessie Lanier,
                 For the Estate of Leslie A. Butler,   c/o Dilks & Knopik, LLC,   35308 SE Center Street,
                 Snoqualmie, WA  98065-9216
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 10, 2020 at the address(es) listed below:
              Brian J. Dilks    on behalf of Interested Party Lessie  Lanier brian.dilks@dilksknopik.com
              Camille  Hope    docomt@chapter13macon.com, docomt2@chapter13macon.com
              Rebecca Foshee Howington    on behalf of Debtor Leslie A Butler, Jr. rsfoshee@yahoo.com,
               howingtonrr69296@notify.bestcase.com
              U.S. Trustee - MAC    Ustp.region21.mc.ecf@usdoj.gov
                                                                                             TOTAL: 4